```
        UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

MARK TSCHERNE,

    Plaintiff,

v.                          Civil Action No. 16-CV-01490

THE OFFICES OF ROCKWELL
COPELAND & ROTH, LLC.,

    Defendant.

## ORDER

Pursuant to the plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed June 20, 2016, it is ORDERED that the case be, and it hereby is, dismissed without prejudice.

The Clerk is directed to transmit this order to all counsel of record and to any unrepresented parties.

                              DATED: October 17, 2018

                              John T. Copenhaver, Jr.
                              United States District Judge